UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA FICHTEL f/k/a PAMELA FOSTER )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>NATIONAL CREDIT ADJUSTERS, LLC )<br>)<br>Defendant ) | Case Number: 10-5207 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, PAMELA FICHTEL, f/k/a Pamela Foster, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA  19111
215-745-9800