# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA FICHTEL f/k/a PAMELA FOSTER </br></br>Plaintiff </br></br> vs. </br></br> NATIONAL CREDIT ADJUSTERS, LLC </br></br> Defendant | Case Number: 10-5207 (MLC) </br></br> RECEIVED </br></br> DEC 29 2010 </br> AT 8:30_____ M </br> WILLIAM T. WALSH </br> CLERK |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, PAMELA FICHTEL, f/k/a Pamela Foster, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
1603 Rhawn Street
Philadelphia, PA 19111
215-745-9800

DEC. 29, 2010

SO ORDERED: /s/ Mary L. Cooper
MARY L. COOPER, U.S.D.J.